**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER ISAAC,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN N. KATAVICH,<br><br>　　　　　　Respondent. | NO. CV 15-5256-BRO(E)<br><br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 26, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE